IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, v. DAVID ALBERT DYER, Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO AMEND OR CORRECT JUDGMENT** <br><br> Case No. 2:15-cr-00337-DN <br><br> District Judge David Nuffer |
|---|---|

Defendant David Albert Dyer filed a pro se Motion to Amend or Correct Judgment ("Motion") seeking to correct the term of his supervised release.[1] The Judgment imposes a 360-month term of supervised release.[2] Mr. Dyer asserts that he was sentenced to only a 180-month term of supervised release.[3] Mr. Dyer is incorrect.

Mr. Dyer's sentencing hearing was held on June 29, 2016.[4] At the hearing, Mr. Dyer was sentenced to an 80-month term of imprisonment and a 360-month term of supervised release.[5] The Judgment[6] accurately reflects Mr. Dyer's sentence. Therefore,

---

[1] Docket no. 54, filed Oct. 28, 2019.

[2] Judgment in a Criminal Case ("Judgment") at 2-3, docket no. 50, filed June 30, 2016.

[3] Motion at 1.

[4] Minute Entry for Proceedings Held Before Judge David Nuffer, docket no. 49, filed June 29, 2019.

[5] Reporter's Transcript of Proceedings Sentencing (June 29, 2016) at 16:23-17:7, docket no. 56, filed Dec. 3, 2019.

[6] Judgment at 2-3.

IT IS HEREBY ORDERED that Mr. Dyer's Motion[7] is DENIED.

Signed December 4, 2019.

BY THE COURT

David Nuffer
United States District Judge

---

[7] Docket no. 54, filed Oct. 28, 2019.